IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA WURTZ, | : | CIVIL ACTION |
| | : | NO. 08-3503 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAY AND ZIMMERMAN, INC. | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this **28th day** of **December, 2009**, it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. no. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's motion for leave to file a reply in further support of motion for summary judgment (doc. no. 30) is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.